**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-16731 |
| | ) | |
| MICHAEL CORNELL, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**OBJECTION TO CONFIRMATION**

Green Tree Servicing LLC, as servicer for DLJ Mortgage Capital, Inc. ("Green Tree"), as secured creditor herein, objects to Debtor's Modified Chapter 13 Plan dated July 21, 2014 on the following grounds:

1. Green Tree holds a claim secured by certain real property commonly known and numbered as 2405 Cresent Drive Drive, Hazel Crest, Illinois 60429 (the "Property"). The current payoff is approximately $162,800.44.

2. The Modified Chapter 13 Plan dated July 21, 2014 is silent as to Green Tree's secured claim.

WHEREFORE, Green Tree Servicing LLC respectfully requests that the Court deny confirmation of the Modified Chapter 13 Plan dated July 21, 2014.

*/S/David G. Wasinger*

David G. Wasinger, IlBar #06200269
James S. Cole, IlBar #06314940
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 S. Brentwood Blvd.
St. Louis, MO 63144
(314) 961-0400
(314) 961-2726 FAX
Attorneys for Green Tree Servicing LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 24th day of July, 2014, to:

Jason Blust, Esq., Attorney for Debtor
Law Office of Jason Blust, LLC
211 West Wacker Drive, Suite 200
Chicago, Illinois 60606

Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chicago, Illinois 60603

Michael Cornell
6730 South Sangamon
Chicago, Illinois 60621

*/S/David G. Wasinger*

L:\GREENTREE.FIL\Cornell.018\obj.modified.plan.07-21-2014.wpd\srl\32049-018